IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01049-PSF-MEH

VALERINA BROOKES, an individual,

    Plaintiff,

v.

MICHELLE SOPHIE MARKS, an individual,
d/b/a Frisco Psychic,

    Defendant.

## ORDER ON PLAINTIFF'S MOTION TO SUBSTITUTE SERVICE

Before the Court is Plaintiff's Motion to Substitute Service [Docket #5]. Plaintiff alleges that an attorney in California, who has represented to Plaintiff's counsel that Defendant is his client, initially sought Plaintiff's position on an extension of time in which to answer if Defendant agreed to waive formal service. Plaintiff further alleges that Defendant is seeking to avoid service of process and this attorney has indicated that Defendant has no intention of entering an appearance in this matter.

Plaintiff alleges that Defendant's primary residence is 2907 Shelter island Drive, Unite 105-144, San Diego, California. Plaintiff has attempted to personally serve Defendant at this address and others to no avail. Plaintiff has now completed alternative service and asserts that the alternative service conforms with California Code of Civil Procedure § 415.20(a). Specifically, the Summons was hand-delivered to the "owner" of the address listed above, Ericka D., and this owner was informed of the nature of the Summons. The Summons was also sent to this address, the address to which her other mail is forwarded, via first class mail.

Pursuant to the Federal Rules of Civil Procedure, service may be effected in any judicial

2

district of the United States "pursuant to the law of the state in which the district court is located, or in which service is effected, for the service of a summons upon the defendant in an action brought in the courts of general jurisdiction of the State." Fed. R. Civ. P. 4(e)(1). In this case, Plaintiff alleges that service was effected under the California Code of Civil Procedure because service was attempted in the State of California. Based on Plaintiff's counsel's affidavit in support of this motion, the Court agrees that substitute service was properly effected under the California Code of Civil Procedure and thus such service is proper under the Federal Rules. Accordingly, Plaintiff's Motion to Substitute Service [Filed August 23, 2006; Docket #5] is **granted**. Defendant is deemed to have been served as of June 21, 2006.

Dated at Denver, Colorado this 13th day of September, 2006.

BY THE COURT:

  s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge