IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-01049-PSF-MEH

VALERINA BROOKES, an individual,

    Plaintiff,

v.

MICHELLE SOPHIE MARKS, an individual,
d/b/a Frisco Psychic,

    Defendant.

## ORDER GRANTING STIPULATED MOTION TO DISMISS

    The Court, having reviewed the parties' Stipulated Motion to Dismiss with Prejudice (Dkt. # 19) and being apprised in the matters raised therein, hereby GRANTS the motion.  It is hereby

    ORDERED that this case is DISMISSED WITH PREJUDICE, pursuant to F.R.Civ.P. 41(a)(1), each party to bear its own costs and fees.

    DATED:  May 2, 2007

                                        BY THE COURT:

                                        *s/ Phillip S. Figa*

                                        _____
                                        Phillip S. Figa
                                        United States District Judge